# United States Bankruptcy Court
### Eastern District of Virginia
Richmond Division
701 East Broad Street
Richmond, VA 23219

**Case Number** 10−33971−KRH
**Chapter** 13

**In re:** Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Barbara Brownson Snead
2724 Glen Point Circle
Henrico, VA 23233

Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s).,(if any):
   Debtor: xxx−xx−3448

Employer Tax−Identification (EIN) No(s).(if any):
   Debtor:   NA

## NOTICE OF POSSIBLE DISMISSAL
## PURSUANT TO
## LBR 1007−1 LISTS, SCHEDULES, STATEMENTS
## AND
## LBR 3015−2 CHAPTER 13 PLAN REQUIREMENTS

**TO:       DEBTOR OR DEBTOR'S COUNSEL**

You filed a petition with the Office of the Clerk of the United States Bankruptcy Court, Eastern District of Virginia, on June 3, 2010. Pursuant to Local Bankruptcy Rule 1007−1 and 3015−2, please be advised that the following document(s) are missing and must be filed within fourteen (14) days of the petition date.

**Missing Documents Due:     June 17, 2010**

*Failure to timely file the missing document(s) or to timely seek an extension of time, will result in the automatic dismissal of the bankruptcy case without further notice.*

**\*\*Missing Document(s):**

 **All Schedules (A−J) and Statement of Financial Affairs**
**Chapter 13 Statement of Current Monthly Income and Disposable Income Calculation**
**Chapter 13 Plan**

**William C. Redden**
**Clerk, United States Bankruptcy Court**

Date:   June 4, 2010

/s/     Nathaniel Bullock
Deputy Clerk

[10071_30152vDec2009]

# CERTIFICATE OF NOTICE

```
District/off: 0422-7          User: bullockn          Page 1 of 1          Date Rcvd: Jun 04, 2010
Case: 10-33971                Form ID: both2          Total Noticed: 1

The following entities were noticed by first class mail on Jun 06, 2010.
db            +Barbara Brownson Snead,   2724 Glen Point Circle,   Henrico, VA 23233-6958

The following entities were noticed by electronic transmission.
NONE.                                                                                    TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Jun 06, 2010**                    **Signature:** *Joseph Speetjens*