# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF VIRGINIA

_____ Division

In re

Case No.

Debtor(s)                    Chapter    13

## ORDER OF DISMISSAL
## UPON DENIAL OF CONFIRMATION

On _____, the Court entered an Order Denying Confirmation and providing that the debtor's case would be dismissed unless, within 21 days, the debtor(s) took action under Local Bankruptcy Rule 3015-2;

____ It appears that the debtor(s) has not taken such action within the time given,

____ The debtor(s) having requested and received an extension of time within which to take action under Local Bankruptcy Rule 3015-2. It appears that the debtor(s) has not taken such action within the time given,

It is, therefore,

**ORDERED**, pursuant to Local Bankruptcy Rule 3015-2, that the above case be dismissed; and it is further

*[If appropriate]* **ORDERED** that the debtor(s) pay the balance of the filing fee in the amount of $ _____ to the Clerk of Court within 21 days of the date of this order; and it is further

**ORDERED** that dismissal of this case revests the property of the estate in the entity in which such property was vested immediately before the commencement of the case. The trustee need not file a final report in this case unless property or money was administered.

WILLIAM C. REDDEN
Clerk of Court

Date: _____        By _____
                                      Deputy Clerk

NOTICE OF JUDGMENT OR ORDER
ENTERED ON DOCKET:

_____

[odisdnco ver. 12/09]